THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Gregory Nathaniel Scott, Jr., Appellant.
 
 
 
 

Appeal From Spartanburg County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No.  2010-UP-491
 Submitted November 1, 2010  Filed
 November 4, 2010
 Withdrawn, Substituted and Refiled January
24, 2011  

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L.
 Savitz, III, of Columbia, and Gregory N. Scott Jr., pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM:  Gregory
 N. Scott, Jr. appeals his convictions for murder and first-degree lynching,
 arguing the trial court erred in instructing the jury on implied malice.  After a thorough review of the record, counsel's brief,
 and Scott's pro se brief, pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
THOMAS, PIEPER, and
 GEATHERS, JJ., concur.   

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.